**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

RUBBY JAMES GRAY and
PAUL BASHFORD                                                                                          PLAINTIFFS

v.                                    3:11-cv-00061-JMM-JTK

JACK MCKANN, et al.                                                                                   DEFENDANTS

**ORDER**

By Order dated May 18, 2011 (Doc. No. 12), this Court granted Plaintiffs' Motions to Proceed in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. However, finding their Complaint too vague and conclusory to enable the Court to determine whether it is frivolous, fails to state a claim, or states a legitimate claim, the Court directed them to submit an Amended Complaint within thirty days. The Court also cautioned Plaintiffs that an Amended Complaint would render the Original Complaint without legal effect, and would take the place of the Original Complaint. Plaintiffs have each submitted an Amended Complaint (Doc. Nos. 14, 15). Having reviewed these Amended Complaints, it appears to the Court that service is appropriate for Defendants John Smith, Debra McMullian, Pam Hibbit, and Nurse Diane. Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the Defendants Smith, McMullian, Hibbit and Nurse Diane. The Clerk of the Court shall prepare summons for the Defendants and the United States Marshal is hereby directed to serve a copy of the Amended Complaints (Doc. Nos. 14, 15) and summons on these Defendants, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 7th day of June, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE