### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

RUBBY JAMES GRAY and
PAUL BASHFORD                                                                                                PLAINTIFFS

v.                                    3:11-cv-00061-JMM-JTK

JACK MCKANN, et al.                                                                                       DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendant Jack McKann is DISMISSED from Plaintiffs' Complaints for failure to state a claim.

IT IS SO ORDERED this  29  day of  June , 2011.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE