IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RUBBY JAMES GRAY, and
PAUL BASHFORD                                                                                    PLAINTIFFS

v.                                              3:11-cv-00061-JMM-JTK

JACK MCKANN, et al.                                                                          DEFENDANTS

## ORDER

By Order dated June 7, 2011, this Court directed the issuance of summons and service of Plaintiffs' Amended Complaint on Defendants (Doc. No. 19). Summons was returned, unexecuted, with respect to Defendants Debra McMullian and Nurse Diane on June 21, 2011 (Doc. Nos. 30, 31). Defendants are hereby directed to provide to the Court the last-known addresses of these two Defendants within ten days of the date of this Order.

IT IS SO ORDERED this 1st day of July, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE