**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

RUBBY JAMES GRAY, and
PAUL BASHFORD                                                                PLAINTIFFS

v.                                  3:11-cv-00061-JMM-JTK

JACK MCKANN, et al.                                                          DEFENDANTS

## ORDER

By Order dated June 7, 2011, this Court directed the issuance of summons and service of

Plaintiffs' Amended Complaints on Defendants (Doc. No. 19).  Summons was returned, unexecuted,

with respect to Defendants Debra McMullian and Nurse Diane on June 21, 2011 (Doc. Nos. 32, 33).

By Order dated July 1, 2011, this Court directed Defendants to provide the last-known addresses of

these Defendants (Doc. No. 40).  Defendants have now responded to the Court's Order, providing

the addresses under seal (Doc. No. 47).  Accordingly,

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the

Defendants Debra McMullian and Nurse Dianne Chamberlain, and the United States Marshal is

hereby directed to serve a copy of the summons and Amended Complaints (Doc. Nos. 14, 15) on

Defendants at the addresses provided under seal, without prepayment of fees and costs or security

therefore.

The Clerk is directed to correct the name of Defendant Nurse Diane to Dianne Chamberlain.

IT IS SO ORDERED this 26th day of July, 2011.

_____
     JEROME T. KEARNEY
     UNITED STATES MAGISTRATE JUDGE