**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

RUBBY JAMES GRAY,
ADC #500127, et al.                                                                                           **PLAINTIFFS**

v.                                            3:11-cv-00061-JMM-JTK

JACK MCKANN, et al.                                                                                       **DEFENDANTS**

**ORDER**

This matter is before the Court on the Defendants' Motion to Compel Plaintiff Gray to respond to discovery requests (Doc. No. 52). As of this date, Plaintiff has not filed a response to the motion. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff shall file a Response to Defendants' Motion to Compel within ten (10) days of the date of this Order. Failure to respond to this Court's Order may result in the dismissal without prejudice of the Plaintiff's Complaint for failure to prosecute. See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 7th day of September, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE