**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

RUBBY JAMES GRAY, ADC #500127,
and PAUL BASHFORD                                                                                  PLAINTIFFS

v.                                          3:11-cv-00061-JMM-JTK

JACK MCKANN, et al.                                                                                DEFENDANTS

**ORDER**

On September 6, 2011, a copy of the August 24, 2011 Order which was mailed to Plaintiff Bashford at his last-known address, was returned to sender (Doc. No. 65).

Pursuant to Local Rule 5.5(c)(2), a pro se plaintiff must promptly notify the Clerk of the Court and other parties of any change in his address, and must monitor the progress of the case and prosecute it diligently. Furthermore, the Local Rule provides for the dismissal without prejudice of any action in which communication from the Court to a pro se plaintiff is not responded to within thirty days. Although Plaintiff Bashford has apparently changed his address, this Order will be sent to his last-known address. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff Bashford shall notify this Court of his current address and his intent to continue prosecution with this action, pro se, within thirty days of the date of this Order. Failure to comply with this Order shall result in the dismissal of Plaintiff Bashford from this action.

IT IS SO ORDERED this 9th day of September, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

1