**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

RUBBY JAMES GRAY, ADC #500127, and
PAUL BASHFORD                                                                 PLAINTIFFS

v.                                          3:11-cv-00061-JMM-JTK

JACK MCKANN, et al.                                                          DEFENDANTS

<u>**ORDER**</u>

This matter is before the Court on Defendants' Motion to Compel (Doc. No. 52).  Plaintiff filed

a Response to the Motion, which includes a request to stay discovery (Doc. No. 80), and Defendants

filed a Reply (Doc. No. 81).

In their Reply, Defendants indicate that since Plaintiff has now provided to them an executed

medical authorization, there are currently no outstanding discovery responses due from the Plaintiff.

Therefore, Defendants' Motion is now moot.

However, Plaintiff asks in his Response to stay any future discovery until he is released from

prison in December and can obtain a private attorney.  Defendants state they do not object to a stay of

this case or dismissal of this case, but do object to staying discovery.

Plaintiff provides no specific reason for staying any further discovery in this matter, other than

that he wishes to obtain a private attorney to assist him.  At this point in the litigation, Plaintiff has

adequately represented himself <u>pro</u> <u>se</u>, and the Court finds no legitimate or compelling reason to stay

discovery at this time.  If Plaintiff does obtain an attorney at a later date, his attorney can petition the

Court to extend the discovery deadline, if necessary.  Accordingly,

IT IS, THEREFORE, ORDERED that Defendants' Motion to Compel (Doc. No. 52) is DENIED

1

as moot.

IT IS FURTHER ORDERED that Plaintiff's request to stay discovery (Doc. No. 80) is DENIED

without prejudice.

IT IS SO ORDERED this 26th day of October, 2011.

_____

JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE