IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RUBBY JAMES GRAY, ADC #500127, and
PAUL BASHFORD                                                                                          PLAINTIFFS

v.                                            3:11-cv-00061-JMM-JTK

JACK MCKANN, et al.                                                                                  DEFENDANTS

## ORDER

This matter is before the Court on Defendants' Motion to Compel (Doc. No. 52).  Plaintiff filed a Response to the Motion, which includes a request to stay discovery (Doc. No. 80), and Defendants filed a Reply (Doc. No. 81).

In their Reply, Defendants indicate that since Plaintiff has now provided to them an executed medical authorization, there are currently no outstanding discovery responses due from the Plaintiff. Therefore, Defendants' Motion is now moot.

However, Plaintiff asks in his Response to stay any future discovery until he is released from prison in December and can obtain a private attorney.  Defendants state they do not object to a stay of this case or dismissal of this case, but do object to staying discovery.

Plaintiff provides no specific reason for staying any further discovery in this matter, other than that he wishes to obtain a private attorney to assist him.  At this point in the litigation, Plaintiff has adequately represented himself pro se, and the Court finds no legitimate or compelling reason to stay discovery at this time.  If Plaintiff does obtain an attorney at a later date, his attorney can petition the Court to extend the discovery deadline, if necessary.  Accordingly,

IT IS, THEREFORE, ORDERED that Defendants' Motion to Compel (Doc. No. 52) is DENIED

1

as moot.

IT IS FURTHER ORDERED that Plaintiff's request to stay discovery (Doc. No. 80) is DENIED without prejudice.

IT IS SO ORDERED this 26th day of October, 2011.

_____
 JEROME T. KEARNEY
 UNITED STATES MAGISTRATE JUDGE