# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

RUBBY JAMES GRAY,                                                                           PLAINTIFF
ADC #500127

v.                                       3:11-cv-00061-JMM-JTK

JACK MCKANN, et al.                                                                        DEFENDANTS

## ORDER

Plaintiff Rubby Gray shall file a Response to Defendants' Motion to Dismiss (Doc. No. 89) within fifteen days of the date of this Order. Failure to respond to the Motion may result in the dismissal without prejudice of Plaintiff's Complaint, for failure to prosecute. See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 22nd day of February, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE