IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RUBBY JAMES GRAY,                                                                             PLAINTIFF
ADC #500127

v.                                           3:11-cv-00061-JMM-JTK

JACK MCKANN, et al                                                                         DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute.  The relief sought is denied.

IT IS SO ADJUDGED this  26  day of March , 2012.


_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE